UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| *Plaintiff* § | |
| § | |
| v. § | No.  A-16-CR-00347-RP |
| § | |
| **(2) EJIRO EFEVWERHA,** § | |
| *Defendant* § | |

# ORDER

Before the Court is Defendant's Amended Motion to Withdraw As Counsel, Dkt. 442. The Motion states that communications between attorney and client have become of a nature that renders further representation untenable and that present counsel is unable to elaborate further due to the interest of client given his case is still pending. Based on counsel's representation, the Court will permit the withdrawal of Mr. Bassett and appoint new counsel.

IT IS THEREFORE ORDERED that the Motion, Dkt. 442, is GRANTED. Mr. Bassett is permitted to WITHDRAW as counsel for Defendant, and Richard Gentry, Law Office of Richard Gentry, 1107 Nueces Street, Austin, TX 78701, (512) 499-0007, is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Bassett meet with Mr. Gentry at the earliest opportunity to give Mr. Gentry a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Bassett has no further responsibilities in this case.

SIGNED June 6, 2022.

                                                  DUSTIN M. HOWELL
                                                  UNITED STATES MAGISTRATGE JUDGE