UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| v. § | No. 1:16-CR-00347-RP |
| § | |
| **(2) EJIRO EFEVWERHA,** § | |
| *Defendant* § | |

**ORDER**

Before the Court is a Motion to Withdraw filed by Defendant's appointed counsel, Richard Gentry. Dkt. 482. The District Court referred the motion to the undersigned for disposition. Dkt. 483. The motion states that "[c]ounsel has fulfilled his duties in this matter per his appointment via the CJA Panel," and he, therefore, requests to withdraw as Defendant's counsel of record. Dkt. 482. The docket indicates that the District Court entered a final judgment in Defendant's case on February 14, 2023, Dkt. 479, that Defendant's counsel filed a notice of appeal on behalf of Defendant the same day, Dkt. 481, along with this motion to withdraw. The Court finds good cause to allow Mr. Gentry to withdraw and to appoint appellate counsel to represent Defendant going forward.

IT IS THEREFORE ORDERED that the motion, Dkt. 482, is GRANTED. Mr. Gentry is permitted to WITHDRAW as counsel for Defendant, and Alan L. Winograd, Winograd Law Office, 9600 Great Hills Trail, Austin, TX 78759, (713) 553-5971, is appointed to represent Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Gentry meet with Mr. Winograd at the earliest opportunity to give

1

2

Mr. Winograd a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Gentry has no further responsibilities in this case.

SIGNED February 15, 2023.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE